UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

LATONJA SPENCER.

No. 08 CR 453-12
Judge James B. Zagel

# MEMORANDUM OPINION AND ORDER

Latonja Spencer has moved (in the wrong district – Eastern Kentucky) to "correct" the judgment in her case. In this motion, Spencer is essentially asking the court to order the Bureau of Prisons ("BOP") to allow her to participate in the Inmate Financial Responsibility Program ("IFRP") without paying anything towards her restitution judgment. I am denying this request because the BOP's administration of the IFRP is a matter within its discretion. Only after an inmate has exhausted her administrative remedies, which is not the case here, can a district court adjudicate an inmate's complaint.

Spencer's motion to correct judgment is denied.

ENTER:

James B. Zagel
United States District Judge

DATE: October 29, 2015

1